1   FRANK BELL, CSBN 038955
    A Law Corporation
2   333 Bradford Street, Suite 270
    Redwood City, CA 94063
3   Tel: 650) 365-8300
    Fax: (650) 366-8987
4   Email: FrankBell@FrankBellLaw.com
5
    Counsel for Defendant
6   AHMAD MOSTAFAVI
7
8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,          )      CR 11-875 DLJ
                                       )
12              Plaintiff,             )      STIPULATION AND
                                       )      [] ORDER
13                                     )      TO CONTINUE HEARING
                                       )
14  AHMAD MOSTAFAVI,                   )
                                       )
15                                     )
                                       )
16              Defendant.             )
    _____)
17
18          Defendant AHMAD MOSTAFAVI is out of custody.  He is represented by

19  counsel, FRANK BELL.  The next court appearance in this matter is scheduled for

20  January 24, 2013 at 9:00 a.m.

21          Counsel for Mr. MOSTAFAVI is counsel for a defendant in a homicide case

22  in San Mateo County, People v. Dante Strauter, SC 69471.  When the above date was

23  scheduled counsel expected to be available to appear because the homicide trial was

24  schedule to take place in November and December, 2012.  However, due to

25  unforseen circumstances, the matter of the trial of the Strauter case had to be

26  postponed and it is now scheduled to begin with in limine motions on January 3,

27  2013.  Counsel has been told that on the date scheduled in this matter he will be in

28  the trial in San Mateo County.  The trial is expected to last until near the end of

    STIP AND  ORDER CONTINUING HEARING                              Page 1

1   February, 2013.

2          All parties further agree that an exclusion of time under the Speedy Trial Act,

3   18 U.S.C. 3161, is called for because the requested continuance is needed to allow

4   counsel sufficient time to prepare, and that the failure to grant the continuance

5   requested would unreasonably deny counsel the reasonable time necessary for

6   effective preparation, taking into account the exercise of due diligence. The parties

7   stipulate that the interest of justice outweighs the best interest of the public and the

8   defendants in a speedy trial. Therefore, the parties agree that the Court shall order

9   that the Speedy Trial clock shall be tolled for the reasons stated above from January

10  24, 2013 to the new date selected by the court.  18 U.S.C. § 3161(h)(7)(A) and

11  (B)(iv).

12         Wherefore, this matter will have to be continued to a date in early March, or

13  later, in the year 2013, depending on the court's schedule.

14

15  SO STIPULATED:

16                                    MELINDA HAAG
17                                    United States Attorney

18  DATED: January 8, 2013           ___/s/ Gary Fry_____
19                                    GARY FRY
                                      Assistant United States Attorney
20

21

22  DATED: January 8, 2013           /S/ Frank Bell_____
23                                    FRANK BELL
                                      Attorney for Defendant
24                                    AHMAD MOSTAFAVI

25

26

27

28

STIP AND  ORDER CONTINUING HEARING                              Page 2

<u>ORDER</u>

Good cause appearing;

IT IS SO ORDERED and the date for the hearing is continued to March 36, 2013 at ; :00 a.m.

Dated: F̶E̶C̶G̶B̶F̶H̶

Hon. D. Lowell Jensen
United State District Judge

STIP AND  ORDER CONTINUING HEARING                                      Page 3