Jeane DeKelver
SBN 111394
4750 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Ali Dakhteh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00875 DLJ |
| Plaintiff, | **STIPULATION AND [] ORDER RESCHEDULING STATUS HEARING** |
| v. | |
| AHMAD MOSTAVAVI and ALI DAKHTEH, | |
| Defendants. | |

    This matter is currently set for status on April 25, 2013.  Defense counsel require additional time for effective preparation.  Defense counsel therefore requesting and Gary Fry, Assistant United States Attorney, does not object, to a continuance of the status hearing. Based on the stipulation, the Court finds and holds as follows:

    1.    The currently scheduled April 25, 2013 status hearing date is hereby vacated.

    2.    This matter is re-set for status on May 9, 2013 at 9:00 a.m.

Stipulation and [] Order CR-11-875 DLJ

3. The time between April 25, 2013 and May 9, 2013 is deemed excludable time to allow effective preparation.

STIPULATED:

DATED: 4/22/2013                              /s/
Jeane DeKelver
Attorney for Ali Dakhteh

DATED: 4/22/2013                              /s/
Michael Nash
Attorney for Ahmad Mostafavi

DATED: 4/22/2013                              /s/
Gary Fry
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____
D. Lowell Jensen
United States District Judge

Stipulation and [] Order CR-11-875 DLJ