Jeane DeKelver
SBN 111394
4750 Almaden Expressway
Suite 124 PMB #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Ali Dakhteh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-11-00875 DLJ |
|---|---|
| Plaintiff, | ) **STIPULATION AND** |
| v. | ) **[] ORDER** |
| AHMAD MOSTAFAVI ALI DAKHTEH, | ) **RESCHEDULING STATUS HEARING** |
| Defendants. | ) |

    This matter is currently set for status on October 3, 2013.  Defense counsel requires additional time for effective preparation.  Defense counsel are requesting and Gary Fry, Assistant United States Attorney, does not object, to a continuance of the status hearing. Based on the stipulation, the Court finds and holds as follows:

    1.    The currently scheduled October 3, 2013 status hearing date is hereby vacated.

    2.    This matter is re-set for status on November 7, 2013 at 9:00 a.m.

Stipulation and [] Order CR-11-875 DLJ

1  3. The time between October 3, 2013 and November 7, 2013 is
2  deemed excludable time to allow effective preparation.
3  STIPULATED:
4  DATED: 10/1/2013                    /s/
5                                      Jeane DeKelver
                                       Attorney for Ali Dakhteh

7  DATED: 10/1/2013                    /s/
8                                      Mike Nash
                                       Attorney for Ahmad Mostafavi

11 DATED: 10/1/2013                    /s/
                                       Gary Fry
12                                     Assistant United States Attorney

14                                     IT IS SO ORDERED.
15         F~~ECOFH~~
   DATED: _____
16                                     _____
                                       D. Lowell Jensen
17                                     United States District Judge

Stipulation and [] Order CR-11-875 DLJ