Jeane DeKelver
SBN 111394
4750 Almaden Expressway
Suite 124 PMB #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Ali Dakhteh

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00875 DLJ |
| Plaintiff, | **STIPULATION AND [] ORDER RESCHEDULING STATUS HEARING** |
| v. | |
| AHMAD MOSTAFAVI ALI DAKHTEH, | |
| Defendants. | |

This matter is currently set for status on January 16, 2014.  Defense counsel require additional time for effective preparation.  Defense counsel are requesting and Gary Fry, Assistant United States Attorney, does not object, to a continuance of the status hearing. Based on the stipulation, the Court finds and holds as follows:

1. The currently scheduled January 16, 2014 status hearing date is hereby vacated.

2. This matter is re-set for status on February 13, 2014 at 9:00 a.m.

Stipulation and [] Order CR-11-875 DLJ

3. The time between January 16, 2014 and February 13, 2014 is deemed excludable time to allow effective preparation.

STIPULATED:

DATED: 1/8/2014                                      /s/
                                                  Jeane DeKelver
                                                  Attorney for Ali Dakhteh


DATED: 1/8/2014                                      /s/
                                                  Mike Nash
                                                  Attorney for Ahmad Mostafavi


DATED: 1/8/2014                                      /s/
                                                  Gary Fry
                                                  Assistant United States Attorney


IT IS SO ORDERED.

DATED: _____                                _____
                                                  D. Lowell Jensen
                                                  United States District Judge

Stipulation and [] Order CR-11-875 DLJ