Jeane DeKelver
SBN 111394
4750 Almaden Expressway
Suite 124 PMB #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Ali Dakhteh

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>AHMAD MOSTAFAVI, ALI DAKHTEH,<br><br>            Defendants. | No. CR-11-00875 DLJ<br><br>**STIPULATION AND [] ORDER RESCHEDULING STATUS HEARING** |

      This matter is currently set for status on May 1, 2014.  Counsel for defendant Dakhteh and Mostavi require additional time for effective preparation.  Jeane DeKelver is requesting and Gary Fry, Assistant United States Attorney, does not object, to a continuance of the status hearing. Based on the stipulation, the Court finds and holds as follows:

      1.    The currently scheduled May 1, 2014 status hearing date for defendant Dakhteh is hereby vacated.

Stipulation and [] Order CR-11-875 DLJ

2. This matter is re-set for status on May 29, 2014 at 9:00 a.m.

3. The time between May 1, 2014 and May 29, 2014 is deemed excludable time to allow effective preparation.

STIPULATED:

DATED: 4/30/2014                    /s/
Jeane DeKelver
Attorney for Ali Dakhteh

DATED: 4/30/2014                    /s/
Michael Nash
Attorney for Ahmad Mostafavi

DATED: 4/30/2014                    /s/
Gary Fry
Assistant United States Attorney

IT IS SO ORDERED.

DATED: ~~DICD~~

D. Lowell Jensen
United States District Judge

Stipulation and [] Order CR-11-875 DLJ